ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

SARI KARSON KURLAND

        \*      IN THE

        \*      SUPREME COURT

        \*      OF MARYLAND

        \*      AG No. 54

        \*      September Term, 2024

## ORDER

Upon consideration of the parties' joint petition for disbarment by consent, it is this 21st day of May 2025, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted, and that, effective immediately, Respondent, Sari Karson Kurland, is disbarred from the practice law in the State of Maryland for violations of Rules 19-303.3(a)(4), 19-303.4(c), and 19-308.4(a)(c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk